**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for:   Plaintiff/Petitioner Ryan Canning, a Minor, by and through his Guardian Ad Litem, Ray J. Canning

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CANNING, a Minor, by and through his Guardian Ad Litem, RAY J. CANNING,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF TULARE; CITY OF TULARE POLICE DEPARTMENT;  BRIAN HANEY, individually, and in his official capacity as Police Officer for the City of Tulare Police Department; and Does 1 through 10,<br><br>            Defendants. | Case No.  CIV-F-00325 REC/SMS<br><br>**ORDER ON STIPULATION TO STAY PURSUANT TO APPEAL** |

  IT IS ORDERED, that United States (Eastern) District Court Case No: CIV-F-00325, entitled *Ryan Canning, a Minor, by and through his Guardian Ad Litem v. City of Tulare, City of Tulare Police Department, Brian Haney and Does 1 through 25, Inclusive,* is hereby stayed pending the outcome of Plaintiff's appeal of Tulare Superior Court Case No. CR-F 03-117203.

  IT IS FURTHER ORDERED, that Plaintiff shall submit a status report to this Court every 4 months pending the outcome of Plaintiff's appeal of Tulare Superior Court Case No. CR-F 03-117203.

DATED: April _20_, 2005.            ___/s/ ROBERT E. COYLE_____
                                    HONORABLE JUDGE ROBERT E. COYLE

PDF created with pdfFactory trial version www.pdffactory.com