**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for: Plaintiff Ryan Canning, a Minor, by and through his Guardian Ad Litem, Ray J. Canning

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CANNING, a Minor, by and through his Guardian Ad Litem, RAY J. CANNING,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF TULARE; CITY OF TULARE POLICE DEPARTMENT;  BRIAN HANEY, individually, and in his official capacity as Police Officer for the City of Tulare Police Department; and Does 1 through 10,<br><br>            Defendants. | Case No. 1:05-cv-00325 AWI SMS<br><br>**STIPULATION TO DISMISS CASE; ORDER THEREON** |

Plaintiff, RYAN CANNING, by and through his Guardian Ad Litem, Ray Canning and Defendants, City of Tulare, City of Tulare Police Department and Brian Haney (hereinafter referred to collectively as the "Parties") and the Parties respective attorneys of record herein,

stipulate to allow Plaintiff to voluntarily dismiss the above-entitled case against all Defendants, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED that the Parties will bear their own costs and attorney's fees.

DATED: December 18, 2006.         KAPETAN BROTHERS


By /s/ Peter N. Kapetan

Peter Kapetan, Attorney for
Plaintiff/Petitioner Ryan Canning


DATED: December 22, 2006.         NELSON, ROZIER & BETTENCOURT


By /s/ John L. Rozier

John L. Rozier, Attorney for Defendants
City of Tulare, Tulare Police Department and
Brian Haney

## **ORDER**

GOOD CAUSE SHOWING,   IT IS ORDERED, that United States (Eastern) District Court Case No:  CIV-F-00325, entitled *Ryan Canning, a Minor, by and through his Guardian Ad Litem v. City of Tulare, City of Tulare Police Department, Brian Haney and Does 1 through 25, Inclusive,* is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **January 3, 2007**            **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE